[No. 1622-1.  Division One.  October 7, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER JAMES HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 56722, Joseph H. Johnston, J., entered April 19, 1972. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris and Horowitz, JJ.

[No. 2610-1.  Division One.  October 7, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 63323, Oluf Johnsen, J., entered November 2, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and James, JJ.

[No. 2401-1.  Division One.  October 7, 1974.]

UNITED STEEL AND METALS CORPORATION, *Respondent*, v. WASHINGTON NATURAL GAS COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 727110, Frank H. Roberts, Jr., J., entered June 22, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and James, JJ.

[No. 2298-1.  Division One.  October 7, 1974.]

ALLAN BONLIE, *Respondent*, v. CHARLES J. BARKER, *Appellant*, BETTY LOU BARKER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 727881, Jerome M. Johnson, J., entered April 12, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Farris, J.